UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Western Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-81245 |
| YESENIA ARELLANO | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Thomas M. Lynch |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING PLAN**

This matter coming before the Court on the Debtor's Motion, the Court having jurisdiction, with due notice having been given to all parties in interest,

IT IS ORDERED:

1. The plan payment default is deferred to the end of the plan.

2. The monthly plan payment is increased to $472.00 per month.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: May 11, 2023

**Prepared by:**

Dustin B. Allen
Attorney for Debtor (ARDC#6312451)
P.O. Box 681232
Schaumburg, IL 60168
773-980-9004
DAllen@DustinBAllen.com